# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:11-cv-00418-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC. *et al.* | § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rules of Civil Procedure 15(a)(2), Plaintiff DietGoal Innovations LLC ("DietGoal") files this Motion for Leave to File its Third Amended Complaint for Patent Infringement (the "Motion For Leave to Amend").

DietGoal filed its original complaint on September 15, 2011, and its First and Second Amended Complaints on October 7, 2011, and December 29, 2011, respectively. All Defendants have not filed answers or responsive pleadings, a scheduling conference has not yet been set in this action, and the parties have not yet commenced discovery. Because the Court has not yet set a deadline for when the parties may amend their pleadings, DietGoal seeks leave to amend its complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

DietGoal seeks to amend its complaint in order to join Allrecipes.com, Inc.; Bravo Media LLC (Division of NBC Universal); CalorieKing Wellness Solutions, Inc.; ConAgra Foods, Inc.; Food.com (Scripps Networks, LLC); General Mills; Meredith Corporation; Nestle USA, Inc.; Nutrisystem, Inc.; SparkPeople, Inc.; Taco Mayo Franchise Systems, Inc.; Time Inc.; Tyson Foods, Inc.; WebMD, LLC; and Whataburger Restaurants LLC ("Proposed Defendants") as parties to the present action.

On March 22, 2012, DietGoal sought consent to amend from all counsel of record and indicated that it was aware that a number of the Defendants have filed motions to dismiss and/or sever based on the America Invents Act and that it would not use a Defendant's consent to its filing of the Third Amended Complaint to argue waiver or otherwise prejudice a Defendant's existing motion based upon the AIA. *See* Exhibit A.

After meet and confer discussions with counsel for the Defendants who have appeared in this case, all but one of the Defendants stated that they would not oppose DietGoal's Motion for Leave to Amend based on DietGoal's agreement that: (i) failure to oppose DietGoal's Motion for Leave to Amend shall not constitute a waiver of or prejudice any rights, remedies or defenses the Unopposed Defendants[1] may otherwise have with respect to the Third Amended Complaint including any objections on the ground that the America Invents Act does not permit joinder of present or additional defendants, all of which are expressly preserved; and (ii) all pending motions, including all motions to dismiss, for transfer to another district, or to sever filed by Defendants with respect to DietGoal's Second Amended Complaint are not mooted by the filing of the Third Amended Complaint and shall be heard or considered by the Court as though originally filed in response to the operative Third Amended Complaint.

---

[1] The following current Defendants stated they are not opposed to DietGoal's Motion for Leave to Amend: Arby's Restaurant Group, Inc.; Bon Appétit Management Company; Culver Franchising System, Inc.; Darden Restaurants, Inc. d/b/a Red Lobster; International Dairy Queen, Inc.; Daily Burn, Inc.; Doctor's Associates, Inc. d/b/a Subway; DineWise Inc.; EPL Intermediate, Inc. d/b/a El Pollo Loco; Google Inc.; InterActiveCorp; Hearst Communications, Inc. d/b/a Seventeen Magazine; Jack in the Box Inc.; Jimmy John's Corporation; McDonald's Corporation; QIP Holder LLC d/b/a Quiznos; Red Robin International, Inc.; Moe's Franchisor LLC; Sonic Corp.; Taco Bell Corp.; The Television Food Network, G.P., d/b/a Food Network; Tim Hortons, Inc.; Wawa, Inc.; Wegmans Food Markets, Inc.; Wendy's International, Inc.; Whole Foods Market Inc.; and Rubio's Restaurants, Inc., and Kraft Foods Inc. (the "Unopposed Defendants").

Defendant Rodale, Inc. ("Rodale"), however, has indicated that it opposes DietGoal's Motion for Leave to Amend. The remaining six Defendants who have appeared have not indicated agreement or opposition to DietGoal's Motion for Leave to Amend.

DietGoal understands that Rodale objects to DietGoal's motion based on the joinder provision of the America Invents Act, 35 U.S.C. § 299. Given that DietGoal has stipulated that it will not use a Defendant's consent to DietGoal's Motion for Leave to Amend to prejudice a Defendant's motion challenging the joinder of one or more Defendants in this action, granting DietGoal's motion will not prejudice any Defendant's challenge to the joinder of any other defendants in this action. The Court should "freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). Any objections based upon the AIA to DietGoal's joinder of additional defendants pursuant to the Third Amended Complaint are best addressed by the Court when it makes its ruling on the Defendants' motions objecting to the joinder of the Defendants.

DietGoal respectfully requests that the Court grant its motion for leave to file its Third Amended Complaint. A proposed order granting leave to amend is attached hereto. In accordance with Local Rule CV-7(k), DietGoal has also concurrently filed its proposed Third Amended Complaint for Patent Infringement.

Dated: April 3, 2012          Respectfully submitted,

         **BUETHER JOE & CARPENTER, LLC**

By:     */s/ Niky Bukovcan*
        Christopher M. Joe  *(Lead Counsel)*
        State Bar No. 00787770
        Chris.Joe@BJCIPLaw.com
        Eric W. Buether
        State Bar No. 03316880
        Eric.Buether@BJCIPLaw.com
        Brian A. Carpenter
        State Bar No. 03840600
        Brian.Carpenter@BJCIPLaw.com
        Niky Bukovcan
        Texas State Bar No. 24078287
        Niky.Bukovcan@BJCIPLaw.com
        Mark D. Perantie
        State Bar No. 24053647
        Mark.Perantie@BJCIPLaw.com

        1700 Pacific Avenue
        Suite 2390
        Dallas, Texas 75201
        Telephone: (214) 466-1278
        Facsimile: (214) 635-1831

        **ATTORNEYS FOR PLAINTIFF**
        **DIETGOAL INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 3rd day of April, 2012. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Niky Bukovcan*
Niky Bukovcan

## CERTIFICATE OF CONFERENCE

On March 22, 2012, I communicated with all counsel of record to notify each Defendant of the aforementioned request for leave to file a Third Amended Complaint. The Unopposed Defendants have not indicated opposition to the motion to substitute based on the stipulation indicated above. Rodale indicated its opposition and in accordance with Local Rule CV-7(h), I met and conferred with counsel for Rodale on April 2, 2012, who indicated opposition to the motion. The remaining six Defendants who have appeared have not stated a position.

*/s/ Niky Bukovcan*
Niky Bukovcan